UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FARNAD FAKOOR,

    Plaintiff,

    v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.
_____/

No. C 10-1548 PJH

**ORDER**

The court is in receipt of plaintiff's request for permission to file documents by ECF, filed August 4, 2010. However, in order to request participation in the e-filing program in pro per, plaintiff must first submit a declaration 1) that he has read General Order 45 and other instructions on the court's website that pertain to electronic filing, 2) that he understands the requirements of the electronic filing program, and 3) that he will comply with all the rules and orders of the court, subject to termination of his participation for failing to comply with said rules and orders.

The court will rule on the request upon receipt of the additional declaration. Plaintiff shall submit such declaration no later than August 20, 2010. If plaintiff chooses not to submit any such declaration, the request will be deemed denied.

**IT IS SO ORDERED.**

Dated: August 9, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge