UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FARNAD FAKOOR,

    Plaintiff,

    v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,

    Defendant.

_____/

No. C 10-1548 PJH

**ORDER GRANTING PERMISSION TO FILE DOCUMENTS BY ECF**

    Before the court is pro se plaintiff's request for permission to file documents by ECF. On August 9, 2010, the court issued an order denying plaintiff's request, absent a declaration submitted by plaintiff stating: that he has read General Order 45 and other instructions on the court's website that pertain to electronic filing; understands the requirements of the electronic filing program; and will comply with all the rules and orders of the court. The court gave plaintiff until August 20, 2010 in which to file a compliant declaration.

    Plaintiff has now filed a statement closely approximating a formal declaration, addressing and acknowledging each foregoing point previously highlighted by the court. Accordingly, and notwithstanding the fact that plaintiff's statement has been filed more than one month after the original deadline set by the court, plaintiff's newly supported request for permission to file documents by ECF is GRANTED.

**IT IS SO ORDERED.**
Dated: September 29, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge