Robert R. Pohls (California Bar #131021)
Kimberly L. Palsson (California Bar #268733)
***POHLS & ASSOCIATES***
1550 Parkside Drive, Suite 260
Walnut Creek, California 94596
Telephone: (925) 973-0300
Facsimile: (925) 973-0330

Attorney for Defendants **State Farm Mutual Automobile Insurance Company**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARNAD FAKOOR,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | Case No. C10-01548-PJH<br><br>**STIPULATION AND ORDER ALLOWING TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE** |

    WHEREAS the parties attended a settlement conference on October 18, 2010;

    WHEREAS the Court has scheduled another settlement conference for February 24, 2011;

    WHEREAS Terrence O'Meara, the representative for State Farm Mutual Automobile Insurance Company ("State Farm"), attended and participated in the first settlement conference and is familiar with the facts and issues in this case;

    WHEREAS Mr. O'Meara is an in-house attorney and, thus, a sophisticated litigant who is experienced in all forms of alternative dispute resolution;

    WHEREAS Mr. O'Meara lives and works in Bloomington, Illinois;

    WHEREAS settlement may become more difficult if State Farm is required to pay for Mr. O'Meara to travel to and from California to attend a second settlement conference;

WHEREAS requiring Mr. O'Meara to leave his home for at least two days to travel to the second settlement conference would cause him personal hardship as he was recently widowed and is now a single parent;

IT IS HEREBY STIPULATED, by and between plaintiff Farnad Fakoor and State Farm, that Mr. O'Meara be permitted to attend and participate in the February 24, 2011 Settlement Conference via telephone.

It is so stipulated.

DATED: January 13, 2011

POHLS & ASSOCIATES

_____
Robert R. Pohls
Attorneys for Defendants **State Farm Mutual Automobile Insurance Company**

It is so stipulated.

DATED: January ____, 2011

**FARNAD FAKOOR**

_____
Farnad Fakoor
Plaintiff, *pro se*

**ORDER**

IT IS SO ORDERED.

DATED: January 18, 2011

_____
UNITED STATES MAGISTRATE JUDGE
Judge Laurel Beeler

IT IS SO ORDERED

STIPULATION AND ORDER ALLOWING TELEPHONIC APPEARANCE
AT SETTLEMENT CONFERENCE
Case No. C10-01548-PJH

Page 2