| | |
|---|---|
| 1 | Robert R. Pohls (California Bar #131021) |
| | Kimberly L. Palsson (California Bar #268733) |
| 2 | **POHLS & ASSOCIATES** |
| | 1550 Parkside Drive, Suite 260 |
| 3 | Walnut Creek, California 94596 |
| | Telephone: (925) 973-0300 |
| 4 | Facsimile: (925) 973-0330 |
| 5 | Attorney for Defendants **State Farm** |
| 6 | **Mutual Automobile Insurance Company** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | FARNAD FAKOOR, | Case No. C10-01548-PJH |
| 11 | Plaintiff, | **STIPULATION AND ORDER FOR ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| 12 | vs. | |
| 13 | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| 14 | | |
| 15 | Defendant. | |

26  ///

27  ///

28  ///

**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE**
Case No. C10-01548-PJH

## STIPULATION

IT IS HEREBY STIPULATED, by and between plaintiff Farnad Fakoor and defendant State Farm Mutual Automobile Insurance Company (by and through its counsel of record), that this action be dismissed in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs.

It is so stipulated.   **FARNAD FAKOOR**

DATED: March 22, 2011   _____
Farnad Fakoor
Plaintiff, *pro se*

It is so stipulated.   **POHLS & ASSOCIATES**

DATED: March 31, 2011   _____
Robert R. Pohls
Attorneys for Defendant **State Farm Mutual Automobile Insurance Company**

## ORDER

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: ~~March~~ April 4, 2011   _____

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

---

**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE**
Case No. C10-01548-PJH

Page 2